## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS
### AT KANSAS CITY

| | | |
|---|---|---|
| **THOMAS J. PAYSON, et al.** | ) | |
| | ) | |
| On Behalf of Themselves and | ) | |
| All Others Similarly Situated, | ) | |
| | ) | |
| Plaintiffs, | ) | Case no.: 07-CV-2282-JTM/DWB |
| | ) | |
| vs. | ) | |
| | ) | |
| **CAPITAL ONE HOME LOANS, LLC** | ) | |
| | ) | |
| Defendant. | ) | |

### O R D E R

The Court now takes up the *Plaintiffs' Unopposed Sealed Motion for Leave to file under Seal Exhibits to Plaintiffs' Memorandum in Support of Conditional Certification* (Doc. #50). After review of this motion, and for good cause,

IT IS HEREBY ORDERED that this Motion is SUSTAINED. The *Plaintiffs' Unopposed Sealed Motion for Leave to file under Seal Exhibits to Plaintiffs' Memorandum in Support of Conditional Certification* and all exhibits attached thereto, shall be filed under seal with this Court whereby all counsel of record for Plaintiffs and Defendant shall have access.

Dated this 21st day of November, 2007.

   s/  Donald W. Bostwick
Hon. Hon. Donald Bostwick
U.S. Magistrate Judge