## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

**THOMAS J. PAYSON, et al.**     )
                 )
On Behalf of Themselves and   )
All Others Similarly Situated,    )
                 )
   Plaintiffs,      )  Case no.: 07-CV-2282-JTM/DWB
                 )
vs.              )
                 )
**CAPITAL ONE HOME LOANS, LLC** )
                 )
   Defendant.     )

## O R D E R

The Court now takes up the *Plaintiffs' Unopposed Motion to Toll the Statute of Limitations* (Doc. #86).  After review of this motion, and for good cause,

IT IS HEREBY ORDERED that this Motion is GRANTED.  The statute of limitations as it pertains to the FLSA collective action claims asserted under Counts I and II of the Fourth Amended Complaint, is hereby tolled with the tolling to cover the period beginning on November 30, 2007 and continuing until (A) February 29, 2008, or (B) the date the Defendant files its Reply to Plaintiffs' Motion for Conditional Certification, which ever occurs <u>first</u>.

Dated this 15th day of January, 2008.

               s/   DONALD W. BOSTWICK
             Hon. Donald Bostwick
             U.S. Magistrate Judge