IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| THOMAS J. PAYSON, LETY M. RAMIREZ, CHANNA CLEMENS, and JIM SCHMIDT, On Behalf of Themselves and All Others Similarly Situated, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 07-CV-2282-JTM/DWB |
| v. | ) ) | |
| CAPITAL ONE HOME LOANS, L.L.C., | ) ) ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL**

Upon Defendant Capital One Home Loans, L.L.C.'s Unopposed Motion to Seal Exhibits to Defendant's Opposition to Plaintiffs' Motion for Class Certification Under Federal Rule of Civil Procedure 23 for KPWA Claims (Doc. 155), and for good cause shown, Defendant's Motion is hereby GRANTED. The Exhibits are to be filed UNDER SEAL, and all attorneys of record shall have access to them.

IT IS SO ORDERED.

Dated this 19th day of March 2008.

    s/ DONALD W. BOSTWICK
Honorable Donald W. Bostwick
United States Magistrate Judge